UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER HANSEN,                    )
         Plaintiff,                 )
v.                                     )          No. 1:22-cv-1002
                                       )
                                       )          Honorable Paul L. Maloney
KALSEE CREDIT UNION,                   )
         Defendant.                 )
                                       )

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of

the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:  November 10, 2022                    /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge